UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN LEADS, LLC d/b/a FIRSTQUOTE HEALTH,<br><br>Defendant. | Case No.: 22-CV-01136-JLS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(ECF No. 4) |

Presently before the Court is the Parties' Joint Motion to Extend Time to Respond to Initial Complaint ("Joint Mot.," ECF No. 4).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendant must file its response to Plaintiff's Complaint <u>on or before September 26, 2022</u>.

**IT IS SO ORDERED.**

Dated: August 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge