1 | **EDELSBERG LAW, P.A.**
2 | Scott Edelsberg, Esq. (CA Bar No. 330990)
3 | 1925 Century Park E #1700
  | Los Angeles, CA 90067
4 | Telephone: 305-975-3320
5 | scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY STONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>NEXTGEN LEADS LLC d/b/a FIRSTQUOTE HEALTH,<br><br>*Defendant*. | Case No. **3:22-cv-01136-JLS-KSC**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE OF DISMISSAL

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Emily Stone, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Emily Stone, individually, are hereby dismissed with prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: September 26, 2022

Respectfully submitted,

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:   */s/ Scott Edelsberg*
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com
*Counsel for Plaintiff and the Class*

3
**NOTICE OF DISMISSAL**